**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY GEORGIA**

PAUL SMITH,                                      :
                                                 :
     Plaintiff                            :
                                                 :
v.                                               :        1:05-CV-178 (WLS)
                                                 :
KEVIN ROBERTS, et. al.,                          :
                                                 :
     Defendants                           :
_____ :

**ORDER**

     Before the Court is a Report and Recommendation from United States Magistrate Judge

Richard L. Hodge filed on March 20, 2006.  (Doc. 5).  It is recommended that Plaintiff's 42

U.S.C. § 1983 claims against Defendant Kevin Roberts be dismissed with prejudice.  *Id*.   No

objection has been filed.

     Upon full review and consideration upon the record, the Court finds that the Report and

Recommendation (Doc. 5) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the

Order of this Court for reason of the findings made and reasons stated therein. Accordingly,

Plaintiff's 42 U.S.C. § 1983 claims against Defendant Kevin Roberts (Doc. 1) are **DISMISSED**.

     **SO ORDERED**,  this   17th   day of May, 2006.


                                /s/W. Louis Sands
                               **W. LOUIS SANDS, CHIEF JUDGE**
                               **UNITED STATES DISTRICT COURT**