IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| PAUL SMITH, : | |
| Plaintiff, : | |
| : | CIVIL ACTION FILE |
| VS. : | NO.  1:05-CV-178 (WLS) |
| KEVIN ROBERTS, et al., : | |
| Defendants. : | |

**O R D E R**

Presently pending herein is the motion of defendant Kevin Roberts for leave to file an out of time answer.  In his motion counsel for this defendant sets out that the initial reading of the report and recommendation herein led him to the conclusion that all claims against this defendant had been dismissed. Counsel now concludes however that a claim of deliberate indifference to a serious medical condition remains as to defendant Roberts.  Plaintiff has filed a response to the motion in which he objects generally.

The court finds that this defendant's failure to file a timely answer was at most excusable neglect and that the plaintiff will not be unduly prejudiced by allowing the filing of an out of time answer.  Accordingly defendant Roberts motion to file an out of time answer is granted.

SO ORDERED, this 28th  day of June 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE